IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






WR-49,164-04





EX PARTE DERRICK FRAZIER







ON APPLICATION FOR WRIT OF HABEAS CORPUS


IN CAUSE NO. 97-8-3675 FROM THE


24
TH DISTRICT COURT OF REFUGIO COUNTY





Per Curiam. Price, J., filed a statement concurring in the dismissal of the application,
in which Cochran, J., joins. Cochran, J., filed a concurring statement in which Keller,
P.J., and Womack, J., joined.


ORDER



 This is a subsequent application for writ of habeas corpus filed pursuant to Texas
Code of Criminal Procedure, Article 11.071, Section 5.

 Applicant was convicted of capital murder on September 30, 1998. We affirmed the
conviction and sentence. Frazier v. State, No. 73,268 (Tex.Crim.App. March 28, 2001). 
Based on the findings of the convicting court, we denied relief on his original application for
writ of habeas corpus. Ex parte Frazier, No. WR-49,164-01 (Tex.Crim.App. June 27, 2001).



 We have reviewed this subsequent application and find that the claim does not meet
the requirements of Texas Code of Criminal Procedure Article 11.071, section 5 for
consideration of subsequent claims. This application is dismissed as an abuse of the writ and
the motion for stay of execution is denied.

 IT IS SO ORDERED THIS THE 31st DAY OF AUGUST, 2006.

Do Not Publish